HENRY H. BELLINGER, Appellant, *v.* FRED. I. SMALL, as Executor, etc., Respondent.

(Submitted January 20, 1882 ; decided January 31, 1882.)

*Watts T. Loomis* for appellant.

*Fred. I. Small*, respondent, in person.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., absent.
Judgment affirmed.